IDA ALICE JAUNCEY et al., Respondents, *v.* HERMAN G. WEIBEZAHL, Appellant, Impleaded with JOHN BARD et al., Respondents.

*Jauncey* v. *Bard,* 45 App. Div. 624, appeal dismissed.
(Argued February 28, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 21, 1899, affirming an order of Special Term overruling the exceptions of the appellant herein to the report of a referee in an action to foreclose a mortgage, and confirming such report.

*David B. Hill* for appellant.

*Charles L. Jones* and *Joseph Kling* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.